

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2015

No. 04-15-00010-CV

Pedro **MARQUEZ**, Jr.,
Appellant

v.

Lisa A. **WATKINS**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-14-89
Honorable Romero Molina, Judge Presiding

## O R D E R

    Gay Richey's notification of late reporter's record is hereby NOTED. The reporter's record is due on or before May 22, 2015.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court